**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Richard BUSHYHEAD, Defendant–
Appellant.**

**No. 10–30043.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 4, 2010.

James Edmund Seykora, Esquire, USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Richard Bushyhead appeals from the 10–month sentence imposed upon revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Bushyhead contends that the district court procedurally erred at sentencing by failing (1) to consider the proper factors under 18 U.S.C. § 3553(a); and (2) to ade-

quately explain the sentence. The record reflects that the district court considered the proper sentencing factors, adequately explained the sentence, and did not otherwise procedurally err. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir. 2008) (en banc); *see also* 18 U.S.C. § 3583(e).

Bushyhead also contends that his sentence is substantively unreasonable. In light of the totality of the circumstances, the sentence within the Guidelines range is substantively reasonable. *See Carty,* 520 F.3d at 993.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.